BERTIA V. FOWLER, as Administratrix of BERTRAND L. FOWLER, Deceased, Respondent, *v.* BUFFALO FURNACE COMPANY, Appellant.

*Fowler v. Buffalo Furnace Co.,* 41 App. Div. 84, appeal dismissed.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 28, 1899, affirming a judgment in

84

favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the decision of the Appellate Division was unanimous.

*Edward R. O'Malley* and *Isaac H. McEwen* for motion.

*Adolph Rebadow* opposed.

Motion granted on authority of *Harroun* v. *Brush Electric Light Company* (152 N. Y. 212).